UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON CANTÚ, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | Civil Action No. 20-00130 (KBJ) |

### NOTICE OF APPEARANCE

The Clerk shall please enter the appearance of Assistant Attorney General Micah Bluming on behalf of Defendants the District of Columbia and Peter Newsham in the above-captioned matter.

Dated: January 29, 2020.  Respectfully submitted,

            KARL A. RACINE
            Attorney General for the District of Columbia

            TONI MICHELLE JACKSON
            Deputy Attorney General
            Public Interest Division

            FERNANDO AMARILLAS
            Chief, Equity Section

            */s/ Micah Bluming*
            MICAH BLUMING [1618961]
            Assistant Attorney General
            441 Fourth Street, N.W., Suite 630 South
            Washington, D.C. 20001
            (202) 724-7272
            (202) 730-1833 (fax)
            micah.bluming@dc.gov