UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON CANTÚ, *et al.*,<br><br>           **Plaintiffs,**<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>           **Defendants.** | Civil Action No. 20-00130 (KBJ) |

## JOINT NOTICE OF RELATED CASES

The Parties provide notice pursuant to LCvR 40.5(b) that this case, Civil Action No. 20-130, is "related" to *Horse v. District of Columbia*, Civil Action No. 17-1216 (ABJ), and *Schultz v. District of Columbia*, Civil Action No. 18-120 (ABJ), under the meaning of LCvR 40.5(a)(3). Under LCvR 40.5(a)(3), "[c]ivil, including miscellaneous, cases are deemed related when the earliest is still pending on the merits in the District court and they … involve common issues of fact, or … grow out of the same event or transaction …."

Plaintiffs' claims allegedly arise out of an arrest of numerous individuals that took place on January 20, 2017 near 12th and L Street Northwest in Washington, D.C. *See* Complaint for Damages [6-1] at ¶ 49. As in both *Horse* and *Schultz*, plaintiffs here allege that in making the arrest at that location, defendants violated their rights under federal law by arresting them without probable cause, subjecting them to excessive force, retaliating against them for engaging in protected speech, and subjecting them to unlawful conditions of confinement. Both *Horse* and *Schultz* remain pending before Judge Amy Berman Jackson. Accordingly, the cases are "related" under LCvR 40.5(a)(3).[1]

---

[1] The Parties file this Notice jointly and thus agree to waive the service requirement of LCvR 40.5(b)(3).

Dated:  January 31, 2020.                                     Respectfully submitted,

*/s/ David L. Scher*                                                    KARL A. RACINE
David L. Scher [474996]                                        Attorney General for the District of Columbia
HOYER LAW GROUP, PLLC
1300 I Street, N.W., Suite 400E                              TONI MICHELLE JACKSON
Washington, D.C. 20005                                        Deputy Attorney General
dave@hoyerlawgroup.com                                  Public Interest Division
Tel: (202) 975-4994
Fax: (813) 375-3710                                              */s/ Fernando Amarillas*
                                                                              FERNANDO AMARILLAS [974858]
*Counsel for Plaintiffs*                                          Chief, Equity Section

                                                                              */s/ Micah Bluming*
                                                                              MICAH BLUMING [1618961]
                                                                              SCOTT P. KENNEDY [1658085]
                                                                              Assistant Attorneys General
                                                                              441 Fourth Street, N.W.
                                                                              Suite 630 South
                                                                              Washington, D.C. 20001
                                                                              (202) 724-7272
                                                                              (202) 730-1833 (fax)
                                                                              micah.bluming@dc.gov
                                                                              scott.kennedy@dc.gov

                                                                              *Counsel for Defendants*