## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON CANTÚ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | Civil Action No. 20-00130 (KBJ) |

### NOTICE OF APPEARANCE

The Clerk shall please enter the appearance of Assistant Attorney General Duane Blackman on behalf of Defendants the District of Columbia and Peter Newsham in the above-captioned matter.

Dated: July 21, 2020.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

FERNANDO AMARILLAS
Chief, Equity Section

*/s/ Duane Blackman*

DUANE BLACKMAN[*]
Assistant Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C.  20001
(202) 805-7640
(202) 730-1833 (fax)
duane.blackman@dc.gov

---

[*] Admitted to practice only in the State of New York. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, pursuant to LCvR 83.2(f).