UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON CANTÚ, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>                    Defendants. | Civil Action No. 20-130 (ABJ) |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendants the District of Columbia and Peter Newsham (collectively, the District) submit this Unopposed Motion for an Extension of Time to Respond to Plaintiffs' Complaint (Motion). The District's response is due December 14, 2020, and the District seeks an extension until January 25, 2021 for good cause.

On January 31, 2020, the District provided notice to the Court of two ongoing related cases, *Horse v. District of Columbia*, Civil Action No. 17-1216 (ABJ), and *Schultz v. District of Columbia*, Civil Action No. 18-120 (ABJ), pursuant to LCvR 40.5(a)(3). *See* ECF No. 13. The parties in those cases have reached tentative settlements, subject to approval by the Mayor, and continue to make progress through formal mediation. The District is hopeful that the outcome of mediation in *Horse* and *Schultz* will inform how it will proceed in this case.

This is the seventh request for an extension of time by the parties. As provided under Local Rule 7(m), undersigned counsel discussed this matter with plaintiffs' counsel, and plaintiffs will not oppose the requested extension. No other deadlines will be affected by this relief. A memorandum of points and authorities and a proposed order are attached.

Dated:  December 14, 2020.          Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Duane Blackman*
DUANE BLACKMAN*
Assistant Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 805-7640
Fax: (202) 703-0646
duane.blackman@dc.gov

*Counsel for the District of Columbia Defendants*

---

\*   Admitted to practice only in the State of New York. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, pursuant to LCvR 83.2(f).