UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON CANTÚ, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 20-130 (ABJ) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendants the District of Columbia and Peter Newsham submit the following in support of their Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint (Motion):

1. Fed. R. Civ. P. 6(b)(1)(A);

2. LCvR 7(m);

3. Defendants' showing of good cause, as set forth in this Motion; and

4. The inherent power of the Court.

The Court may extend a deadline to respond to a complaint upon the showing of good cause. Fed. R. Civ. P. 6(b)(1)(A). Good cause exists where there is a "valid reason for the delay." *Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012). Here, in light of tentative settlements in the two related cases identified in defendants' Notice of Related Cases, *see* ECF No. 13, defendants request an extension of time to allow the outcome of those mediations to inform how defendants will proceed in this case.

This is defendants' seventh request for an extension of time, and the request will not prejudice any party, as plaintiffs do not oppose the requested relief. Accordingly, the Court should grant defendants' motion for an extension of time until January 25, 2021, and enter the attached proposed order.

Dated:  December 14, 2020.        Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Duane Blackman
DUANE BLACKMAN*
Assistant Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 805-7640
Fax: (202) 703-0646
duane.blackman@dc.gov

*Counsel for the District of Columbia Defendants*

---

\*     Admitted to practice only in the State of New York. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, pursuant to LCvR 83.2(f).