UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON CANTÚ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Civil Action No. 20-130 (ABJ) |

## JOINT MOTION TO STAY LITIGATION

The Parties submit this Joint Motion to Stay Litigation so that the Parties may discuss the possibility of settlement.

On January 31, 2020, the District provided notice to the Court of two ongoing related cases, *Horse v. District of Columbia*, Civil Action No. 17-1216 (ABJ), and *Schultz v. District of Columbia*, Civil Action No. 18-120 (ABJ), pursuant to LCvR 40.5(a)(3). *See* ECF No. 13. The parties in those cases have reached tentative settlements, subject to approval by the Mayor, and will appear for a status conference scheduled for February 26, 2021.

Defendants here have sought several unopposed motions for extension of time to respond to plaintiffs' Complaint in light of the ongoing settlement discussion process in *Horse* and *Schultz*. Most recently, the Court extended defendants' deadline to respond until March 5, 2021. *See* January 26, 2021 Minute Order. After conferring, the Parties here now seek a stay of the litigation until April 27, 2021, which is 60 days after the status conference in *Horse* and *Schultz*. The Parties are exploring

whether they can reach a settlement of this matter, and a stay would allow the Parties sufficient time to pursue possible resolution. *See* Fed. R. Civ. P. 6(b)(1)(A). A memorandum of points and authorities and a proposed order are attached.

Dated: February 5, 2021.   Respectfully submitted,

/s/ *David L. Scher*
HOYER LAW GROUP, PLLC
David L. Scher
District of Columbia Bar No. 474996
dave@hoyerlawgroup.com
HOYER LAW GROUP, PLLC
1300 I St., NW, Suite 400E
Washington, DC 20005
Tel: (202) 975-4994
Fax: (813) 375-3710

*Counsel for Plaintiffs*

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ *Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ *Duane Blackman*
DUANE BLACKMAN*
MICAH BLUMING [1618961]
Assistant Attorneys General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 805-7640
(202) 730-0646 (fax)
duane.blackman@dc.gov
micah.bluming@dc.gov

*Counsel for Defendants*

---

\*      Admitted to practice only in the State of New York. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, pursuant to LCvR 83.2(f).