# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AARON CANTÚ**, *et al.*,<br><br>**Plaintiffs**,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>**Defendants.** | Civil Action No. 20-130 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's July 27, 2021 Minute Order, the Parties submit this Joint Status Report. As noted in the Parties' July 26, 2021 Joint Motion to Extend the Stay of Litigation [26], the Parties have been engaged in settlement discussions and continue to explore the resolution of plaintiffs' claims in this matter. On September 17, 2021, this Court entered final approval of a class-action settlement in the related case of *Schultz v. District of Columbia*, Civil Action No. 18-120 (ABJ). Both plaintiffs here have opted out of class membership in that settlement and continue to pursue their claims separately in this action. The Parties have continued to make progress in negotiations and request that the Court extend the stay in this case for an additional 45 days, until November 8, 2021, to facilitate further settlement discussion.

Dated:  September 24, 2021.

Respectfully submitted,

*/s/ David L. Scher*
HOYER LAW GROUP, PLLC
David L. Scher
District of Columbia Bar No. 474996
dave@hoyerlawgroup.com
HOYER LAW GROUP, PLLC
1300 I St., NW, Suite 400E
Washington, DC 20005
Tel: (202) 975-4994

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

2

| | |
|---|---|
| Fax: (813) 375-3710 | */s/ Fernando Amarillas* <br> FERNANDO AMARILLAS [974858] <br> Assistant Deputy Attorney General |
| *Counsel for Plaintiffs* | */s/ Micah Bluming* <br> MICAH BLUMING [1618961] <br> Assistant Attorney General <br> Equity Section <br> 400 Sixth Street, N.W., Suite 10100 <br> Washington, D.C. 20001 <br> (202) 724-7272 <br> (202) 730-1833 (fax) <br> micah.bluming@dc.gov |
| | *Counsel for Defendants* |