UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON CANTÚ, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>   Defendants. | Civil Action No. 20-00130 (ABJ) |

NOTICE OF WITHDRAWAL OF APPEARANCE

 The Clerk shall please withdraw the appearance of Assistant Attorney General Duane G. Blackman as counsel for defendants in the above-captioned matter.

Dated: September 24, 2021   Respectfully submitted,

            KARL A. RACINE
            Attorney General for the District of Columbia

            CHAD COPELAND
            Deputy Attorney General
            Civil Litigation Division

            */s/ Fernando Amarillas*
            FERNANDO AMARILLAS [974858]
            Assistant Deputy Attorney General

            */s/ Duane Blackman*
            DUANE BLACKMAN [1741973]
            Assistant Attorney General
            Equity Section
            400 Sixth Street, N.W., Suite 10100
            Washington, D.C. 20001
            (202) 805-7640
            (202) 730-1833 (fax)
            duane.blackman@dc.gov

            *Counsel for Defendants*