UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON CANTÚ, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>          Defendants. | Civil Action No. 20-130 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's September 28, 2021 Minute Order, the Parties submit this Joint Status Report. As noted in the Parties' July 26, 2021 Joint Motion to Extend the Stay of Litigation [26], the Parties have been engaged in settlement discussions and continue to explore the resolution of plaintiffs' claims in this matter. On September 17, 2021, this Court entered final approval of a class-action settlement in the related case of *Schultz v. District of Columbia*, Civil Action No. 18-120 (ABJ). Both plaintiffs here have opted out of class membership in that settlement and continue to pursue their claims separately in this action. The Parties have continued to make progress in negotiations and request that the Court extend the stay in this case for an additional 30 days, until December 8, 2021, to facilitate further settlement discussion.

Dated: November 8, 2021.                     Respectfully submitted,

*/s/ David L. Scher*                          KARL A. RACINE
HOYER LAW GROUP, PLLC                         Attorney General for the District of Columbia
David L. Scher
District of Columbia Bar No. 474996           CHAD COPELAND
dave@hoyerlawgroup.com                        Deputy Attorney General
HOYER LAW GROUP, PLLC                         Civil Litigation Division
1300 I St., NW, Suite 400E
Washington, DC 20005
Tel: (202) 975-4994

<div style="display: flex;">

Fax: (813) 375-3710

*Counsel for Plaintiffs*

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov

*Counsel for Defendants*

</div>