UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON CANTU, *et al.*, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 20-0130 (ABJ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**ORDER**

At the request of the parties on January 10, 2022, it is

**ORDERED** that this matter is referred to a Magistrate Judge for mediation purposes to commence on January 12, 2022 and to conclude on April 12, 2022. It is

**FURTHER ORDERED** that the parties submit a report to this Court on the status of the mediation by April 12, 2022, and if the case settles in whole or in part, both parties shall immediately advise the Court of the settlement by filing a stipulation.

The case will remain stayed in the interim.

**SO ORDERED**.

AMY BERMAN JACKSON
United States District Judge

DATE: January 12, 2022