UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON CANTÚ, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 20-cv-130 (ABJ) (RMM) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER SETTING MEDIATION BY VIDEOCONFERENCE AND
ESTABLISHING MEDIATION PROCEDURES**

The above captioned case was referred to the undersigned by the Honorable Amy Berman Jackson for mediation. *See* Jan. 14, Min. Order. Accordingly, it is hereby

**ORDERED**:

1. The lead attorney(s) for each party must appear by videoconference before the undersigned for mediation on **July 27, 2022 at 11:00 A.M.**

2. The parties and their counsel must comply with each of the following requirements:

**PARTICIPANTS IN MEDIATION**: The lead attorney(s) for each party must attend the mediation by videoconference. The parties may also attend the mediation by videoconference or be immediately available by telephone or other remote means pending the duration of the mediation. No later than **July 25, 2022**, **two business days** prior to the scheduled mediation date, counsel for each party shall advise the Court of the name, title, and contact information for each person who will participate in the mediation by videoconference and designate which individuals will have settlement or negotiating authority. This

information should be submitted by email to Meriweather_Mediation@dcd.uscourts.gov and the subject line of the email should identify the case name and docket number.

**SETTLEMENT AUTHORITY**: An individual with settlement authority must attend the mediation by videoconference or be immediately available by telephone or other remote means.  If circumstances arise that make it impossible to comply with this requirement, counsel for the affected party shall notify Chambers immediately.

**CONFIDENTIAL MEDIATION STATEMENTS**: Counsel shall submit a confidential mediation statement to the Court no later than **July 20, 2022**, **five business days** prior to the scheduled mediation date.  The confidential mediation statement should be submitted by email to Meriweather_Mediation@dcd.uscourts.gov and the subject line of the email should mention the term "Confidential Mediation Statement" and include the case name and docket number.  Confidential mediation statements should not exceed six pages and should:

- briefly describe the circumstances that gave rise to the litigation and the claims or defenses being raised;
- candidly assess the strengths and weaknesses of the parties' claims and defenses;
- identify the important factors (factual, legal, and/or practical) that counsel believes will affect whether the case may be settled;
- if discovery has not been completed, state whether the exchange of any documents or records prior to mediation would make the mediation session more productive and describe the nature of any such documents or records;
- describe the necessary terms in any settlement (i.e., scope of release, non-monetary relief, disposition of related proceedings, etc.); and

- describe the status of settlement negotiations including offers or demands that have been made.

**RESCHEDULING MEDIATION**: If a party or counsel becomes unavailable to attend the scheduled mediation and needs to reschedule, counsel must immediately notify Chambers and the other counsel in the case. The party with the scheduling conflict shall bear the responsibility of confirming a new date and time with all counsel and the Court. Once the parties have consented to a new date for mediation, counsel for the party with the scheduling conflict shall notify Chambers of that new date. The parties need not file a motion to reschedule mediation.

**SIGN LANGUAGE INTERPRETING OR TRANSLATION SERVICES**: A party or counsel that requires sign language interpreting during mediation shall notify the Court of that request at least four weeks prior to the mediation date. If a party requires any other language interpreting or translation service during mediation, counsel for the party requiring that service is responsible for providing it during mediation.

**CONTACTING CHAMBERS**: If the parties have any questions about the scheduled mediation in this matter, they may contact Chambers at (202) 354-3270 or by email at Meriweather_Mediation@dcd.uscourts.gov.

**SO ORDERED.**

Dated: May 12, 2022

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE