# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AARON CANTÚ**, *et al.*,<br><br>**Plaintiffs**,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>**Defendants.** | Civil Action No. 20-130 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's October 21, 2022 Minute Order, the Parties submit this Joint Status Report. On January 12, 2022, the Court granted the Parties' joint motion for referral to a magistrate judge for mediation [31]. The Parties took part in mediation with Magistrate Judge Robin M. Meriweather on July 27, 2022. Although no agreement was reached, the Parties have continued to engage in productive discussions since mediation was held. The Parties believe that several additional weeks will enable them to determine whether settlement can be reached at this juncture. Accordingly, and in light of the upcoming holidays, the Parties request that the stay of proceedings be extended until January 6, 2023. At that time, the Parties will apprise the Court of whether settlement has been reached or whether litigation should resume.

Dated:  November 15, 2022.                      Respectfully submitted,

*/s/ David L. Scher*                             KARL A. RACINE
HOYER LAW GROUP, PLLC                            Attorney General for the District of Columbia
David L. Scher
District of Columbia Bar No. 474996              CHAD COPELAND
dave@hoyerlawgroup.com                           Deputy Attorney General
HOYER LAW GROUP, PLLC                            Civil Litigation Division
1300 I St., NW, Suite 400E
Washington, DC 20005
Tel: (202) 975-4994

Fax: (813) 375-3710

*Counsel for Plaintiffs*

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov

*Counsel for Defendants*