UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AARON CANTÚ**, *et al.*,<br><br>        **Plaintiffs,**<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>        **Defendants.** | Civil Action No. 20-130 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's January 9, 2023 Minute Order, the Parties submit this Joint Status Report. On January 12, 2022, the Court granted the Parties' joint motion for referral to a magistrate judge for mediation [31]. The Parties took part in mediation with Magistrate Judge Robin M. Meriweather on July 27, 2022. Although no agreement was reached, the Parties have continued to engage in productive discussions, including since the Parties' last status report to the Court. Accordingly, the Parties request that the stay of proceedings be extended until February 10, 2023, to facilitate ongoing negotiations. At that time, the Parties will apprise the Court of whether settlement has been reached or whether litigation should resume.

Dated: January 27, 2023.

Respectfully submitted,

*/s/ David L. Scher*
HOYER LAW GROUP, PLLC
David L. Scher
District of Columbia Bar No. 474996
dave@hoyerlawgroup.com
HOYER LAW GROUP, PLLC
1300 I St., NW, Suite 400E
Washington, DC 20005
Tel: (202) 975-4994
Fax: (813) 375-3710

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE LITOS
Interim Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

|  |  |
|---|---|
| *Counsel for Plaintiffs* | */s/ Micah Bluming* <br> MICAH BLUMING [1618961] <br> Assistant Attorney General <br> 400 Sixth Street, N.W. <br> Washington, D.C. 20001 <br> (202) 724-7272 <br> (202) 730-1833 (fax) <br> micah.bluming@dc.gov <br><br> *Counsel for Defendants* |