UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AARON CANTÚ**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA**, *et al.*, <br><br> **Defendants.** | Civil Action No. 20-130 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's January 30, 2023 Minute Order, the Parties submit this Joint Status Report. The Parties have now reached an agreement in principle. Accordingly, the Parties request that the stay of proceedings be extended until March 3, 2023, to allow the Parties to finalize a settlement agreement. At that time, the Parties will apprise the Court of whether settlement has been finalized or whether additional time is needed.

Dated: February 10, 2023.

*/s/ David L. Scher*
HOYER LAW GROUP, PLLC
David L. Scher
District of Columbia Bar No. 474996
dave@hoyerlawgroup.com
HOYER LAW GROUP, PLLC
1300 I St., NW, Suite 400E
Washington, DC 20005
Tel: (202) 975-4994
Fax: (813) 375-3710

*Counsel for Plaintiffs*

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Interim Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Micah Bluming*
MICAH BLUMING [1618961]

Assistant Attorney General
400 Sixth Street, N.W.
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov

*Counsel for Defendants*