UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AARON CANTÚ**, *et al.*,<br><br>    **Plaintiffs**,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>    **Defendants.** | Civil Action No. 20-130 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's February 13, 2023 Minute Order, the Parties submit this Joint Status Report. The Parties have reached an agreement in principle, subject to final authority. Accordingly, the Parties request that the stay of proceedings be extended until March 17, 2023, to allow the Parties to finalize a settlement. At that time, the Parties will apprise the Court of whether settlement has been finalized.

Dated: March 3, 2023.

| | |
|---|---|
| */s/ David L. Scher*<br>HOYER LAW GROUP, PLLC<br>David L. Scher<br>District of Columbia Bar No. 474996<br>dave@hoyerlawgroup.com<br>HOYER LAW GROUP, PLLC<br>1300 I St., NW, Suite 400E<br>Washington, DC 20005<br>Tel: (202) 975-4994<br>Fax: (813) 375-3710<br><br>*Counsel for Plaintiffs* | Respectfully submitted,<br><br>BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>STEPHANIE E. LITOS<br>Interim Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Fernando Amarillas*<br>FERNANDO AMARILLAS [974858]<br>Assistant Deputy Attorney General<br>400 Sixth Street, N.W.<br>Washington, D.C. 20001<br>(202) 442-9887<br>fernando.amarillas@dc.gov<br><br>*Counsel for Defendants* |