UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AARON CANTÚ**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>Defendants. | Civil Action No. 20-130 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's March 3, 2023 Minute Order, the Parties submit this Joint Status Report. The Parties have reached an agreement to settle this case and request that the stay of proceedings be extended until May 16, 2023. This extension will allow the Parties to finalize and execute a settlement agreement, and provide sufficient time for the terms of the settlement to be met, at which point the Parties anticipate filing a stipulation of dismissal with prejudice.

Dated:  March 17, 2023.

*/s/ David L. Scher*
HOYER LAW GROUP, PLLC
David L. Scher
District of Columbia Bar No. 474996
dave@hoyerlawgroup.com
HOYER LAW GROUP, PLLC
1300 I St., NW, Suite 400E
Washington, DC 20005
Tel: (202) 975-4994
Fax: (813) 375-3710

*Counsel for Plaintiffs*

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Interim Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General
400 Sixth Street, N.W.
Washington, D.C. 20001
(202) 442-9887
fernando.amarillas@dc.gov

*Counsel for Defendants*