# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AARON CANTÚ**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA**, *et al.*, <br><br> **Defendants.** | Civil Action No. 20-130 (ABJ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Aaron Cantú and Alexei Wood, and Defendants the District of Columbia and Robert J. Contee III, stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims.

Dated:  May 1, 2023.

| | |
|---|---|
| */s/ David L. Scher* <br> HOYER LAW GROUP, PLLC <br> David L. Scher <br> District of Columbia Bar No. 474996 <br> dave@hoyerlawgroup.com <br> HOYER LAW GROUP, PLLC <br> 1300 I St., NW, Suite 400E <br> Washington, DC 20005 <br> Tel: (202) 975-4994 <br> Fax: (813) 375-3710 <br><br> *Counsel for Plaintiffs* | Respectfully submitted, <br><br> BRIAN L. SCHWALB <br> Attorney General for the District of Columbia <br><br> STEPHANIE E. LITOS <br> Deputy Attorney General <br> Civil Litigation Division <br><br> */s/ Fernando Amarillas* <br> FERNANDO AMARILLAS [974858] <br> Assistant Deputy Attorney General <br> 400 Sixth Street, N.W. <br> Washington, D.C. 20001 <br> (202) 442-9887 <br> fernando.amarillas@dc.gov <br><br> *Counsel for Defendants* |